IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCIO FOREMAN, | No. C 08-2233 WHA (PR) |
| Plaintiff, | **ORDER OF TRANSFER** |
| v. | |
| S. MOORE, et al., | |
| Defendants. | |

This is a civil rights case brought pro se by a state prisoner. The acts complained of occurred at the Deuel Vocational Institution in Tracy, which is in the venue of the United States District Court for the Eastern District of California. Defendants, who are prison employees, appear to reside there as well. Venue, therefore, properly lies in that district and not in this one. *See* 28 U.S.C. § 1391(b).

This case is **TRANSFERRED** to the United States District Court for the Eastern District of California. *See* 28 U.S.C. § 1406(a). In view of the transfer, the Court will not rule upon plaintiff's request for leave to proceed in forma pauperis.

**IT IS SO ORDERED.**

Dated: May   5  , 2008.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

G:\PRO-SE\WHA\CR.08\FOREMAN2233.TRN.wpd