IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ENRIQUE ZARAGOZA,

    Petitioner,                      No. CIV S-08-1596 DAD P

    vs.

W.J. SULLIVAN, Warden,

    Respondent.                  <u>ORDER</u>

_____/

        Petitioner, a state prisoner proceeding pro se, filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254, together with a motion to proceed in forma pauperis in the United States District Court for the Northern District of California. On July 9, 2008, the United States District Court for the Northern District of California transferred the case to this court where venue is proper. In its transfer order, the Northern District denied petitioner's motion to proceed in forma pauperis as well as his motion for appointment of counsel as moot.

        Good cause appearing, petitioner will be provided the opportunity to either re-submit the appropriate affidavit in support of a request to proceed in forma pauperis or submit the appropriate filing fee to this court. Petitioner may also re-submit his motion for appointment of counsel to this court.

/////

1

In accordance with the above, IT IS HEREBY ORDERED that:

1. Petitioner shall submit, within thirty days from the date of this order, an affidavit in support of his request to proceed in forma pauperis or the appropriate filing fee; petitioner's failure to comply with this order will result in a recommendation for dismissal of this action; and

2. The Clerk of the Court is directed to send petitioner a copy of the in forma pauperis form used by this district.

DATED: August 11, 2008.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:9
zara1596.101a

2