IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MARCIO FOREMAN,

    Plaintiff,                    No. CIV S-08-1000 WBS DAD P

    vs.

S. MOORE, et al.,

    Defendants.              ORDER

         On August 6, 2008, plaintiff filed a motion to voluntarily dismiss this action. On August 12, 2008, the undersigned granted plaintiff's motion and dismissed this action. On August 18, 2008, plaintiff filed a second motion to voluntarily dismiss this action. Therein, plaintiff seeks clarification with respect to whether the court dismissed his case with or without prejudice. Plaintiff has also requested a copy of his original complaint.

         Plaintiff is advised that the court dismissed his case without prejudice. See Fed. R. Civ. P. 41(a)(1)(B). Plaintiff is also advised that typically, the court does not provide copies of documents filed with the court to the parties. Nonetheless, good cause appearing, plaintiff's request will be granted in this instance.

/////

/////

1

1 | In accordance with the above, IT IS HEREBY ORDERED that:

2 | 1.  Plaintiff's August 18, 2008 motion to dismiss this case without prejudice (Doc. No. 22) is denied as unnecessary in light of the court's previous dismissal of the action without prejudice; and

2.  The Clerk of the Court is directed to send plaintiff a copy of his original complaint (Doc. No. 1).

DATED: September 3, 2008.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:9
fore1000.59(2)

2